AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 13, 2023**

SEAN F. McAVOY, CLERK

Jesse Dye

     *Plaintiff*
      v.
Susan Woodard

     *Defendant*

)
)
)
)
)

Civil Action No.   1:23-cv-03006-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     Rosanna Malouf Peterson _____

Date:  4/13/2023 _____

         *CLERK OF COURT*

         SEAN F. McAVOY _____

         s/ Nicole Cruz _____
            *(By) Deputy Clerk*

         Nicole Cruz _____